LENA YADA, Appellant, v. ARTHUR M. LIPKINT, Defendant, Impleaded with

Isidor Young, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.